■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIC CURTIS, Appellant

The defendant has failed to preserve his claims of error for our review *(see,* CPL 470.05 [2]; *People v Thomas,* 50 NY2d 467), and in view of the strong evidence of guilt we do not exercise our interest of justice jurisdiction to address his contentions. Thompson, J. P., Bracken, Eiber and Spatt, JJ., concur.